COURT OF APPEALS

SECOND
DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00119-CV 

 


 
 
 In re Timmy Ray Caldwell
 
 
  
 
 
 RELATOR
  
 
 
 
 
  
 
 


------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION[1]

                                                       ------------

The court has considered relator’s
second petition for writ of mandamus and the State’s response to the petition and
is of the opinion that relief should be denied.  Accordingly, relator’s
second petition for writ of mandamus is denied.

PER CURIAM

 

 

PANEL: 
WALKER, J.; LIVINGSTON, C.J.; and MEIER, J.

 

DELIVERED: 
June 10, 2010











    [1]See
Tex. R. App. P. 47.4.